



FILED LODGED
RECEIVED COPY
SEP 2 7 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Dennis L. Montgomery,<br><br>Defendant. | CR-16-01199-PHX-ROS (DKD)<br><br>**I N D I C T M E N T**<br><br>VIO: 18 U.S.C. § 287 (False, Fictitious or Fraudulent Claims) Counts 1-21 |

THE GRAND JURY CHARGES:

At all times material to this indictment, within the District of Arizona and elsewhere:

**INTRODUCTION**

1. DENNIS L. MONTGOMERY (MONTGOMERY), was the owner of Dad's Towing, located at 597 W. Gary Drive in Chandler, Arizona. "Dad's Towing" was one of the contractors used by the United States Postal Service (USPS) Vehicle Maintenance Facility (VMF) located at 4949 E. Van Buren Street, Phoenix, AZ 85026.

2. The VMF is responsible for the service and maintenance of all Postal Service vehicles throughout the State of Arizona.

3. On March 9, 2010, MONTGOMERY contracted with the USPS VMF to provide local and long distance towing services, in Contract number 1DVPMS-10-B-0139 for a two-year term. The contract was renewed in 2012 and 2014. The contract was not renewed in March 2016.

4. The terms of the contract set predetermined rates per trip for local offices and $1.00 per mile for trips to offices deemed "out-of-town."

5. In-town trips were serviced by a Dad's Towing employee and managed by USPS personnel in the office located in the middle of the VMF garage. Out-of-town trips were serviced by DENNIS L. MONTGOMERY himself with a two-vehicle trailer and managed by a designated VMF Supervisor.

6. Each out-of-town trip was billed at $1.00 per mile regardless of how many vehicles were transported. At the conclusion of the trip, MONTGOMERY submitted an invoice to the VMF Supervisor for review and payment.

7. Between January of 2010 and November of 2015, MONTGOMERY submitted the following false invoices for the out-of-town trips, resulting in the following losses:

| **Year** | **Loss** | **Overbilling / Fraudulent Invoices** |
|---|---|---|
| 2010 | $2,860.11 | 109 |
| 2011* | $4,950.31 | 59 |
| 2012 | $9,691.12 | 89 |
| 2013 | $29,394.98 | 208 |
| 2014 | $29,301.50 | 184 |
| 2015 | $14,723.50 | 84 |
| **Subtotal** | **$90,921.52** | **733** |
| **Less monies paid by MONTGOMERY** | **$576.00** | |
| **Total** | **$90,345.52** | |

**COUNTS 1-21**
**False, Fictitious or Fraudulent Claims**
**(18 U.S.C. § 287)**

8. The factual allegations in paragraphs one through seven of this Indictment are incorporated by reference as though fully set forth herein.

9. On or about the dates set forth below, each instance being a separate count of this Indictment, in the District of Arizona, defendant DENNIS L. MONTGOMERY presented claims upon the USPS VMF, a department or agency of the United States, knowing such claims to be fictitious or fraudulent, in part, as follows:

| Count | Date | Invoice | From | To | Mileage (Round Trip) | Fee Charged | Overage |
|---|---|---|---|---|---|---|---|
| 1 | 1/03/14 | 12007 | VMF | Sedona, AZ | 121/242 | $484 | $242 |
| 2 | 2/14/14 | 12074 | VMF | Sedona, AZ | 121/242 | $484 | $242 |
| 3 | 2/16/14 | 12082 | Kingman, AZ | VMF | 198/396 | $355 | ($41) |
| 4 | 2/16/14 | 12083 | VMF | Kingman, AZ | 198/396 | $355 | $355 |
| 5 | 2/16/14 | 12084 | Kingman, AZ | VMF | 198/396 | $355 | $355 |
| 6 | 2/16/14 | 12085 | VMF | Kingman, AZ | 198/396 | $355 | $355 |
| 7 | 3/07/14 | 12113 | VMF | Oak Creek, AZ | 114/228 | $464 | $236 |
| 8 | 3/07/14 | 12114 | VMF | Sedona, AZ | 121/242 | $484 | $242 |
| 9 | 3/09/14 | 12117 | VMF | Kingman, AZ | 198/396 | $355 | ($41) |
| 10 | 3/09/14 | 12118 | VMF | Kingman, AZ | 198/396 | $355 | $355 |
| 11 | 3/09/14 | 12120 | VMF | Kingman, AZ | 198/396 | $355 | $355 |
| 12 | 3/09/14 | 12121 | VMF | Kingman, AZ | 198/396 | $355 | $355 |
| 13 | 3/23/14 | 12146 | VMF | Flagstaff, AZ | 153/306 | $376 | $70 |
| 14 | 3/23/14 | 12147 | VMF | Flagstaff. AZ | 153/306 | $376 | $70 |
| 15 | 7/15/14 | 12358 | VMF | Prescott, AZ | 106/212 | $460 | $248 |
| 16 | 1/11/15 | 12631 | VMF | Parker, AZ | 160/320 | $501 | $181 |

| 17 | 2/06/15 | 12668 | VMF | Bullhead City, AZ | 238/476 | $750 | $274 |
|---|---|---|---|---|---|---|---|
| 18 | 2/06/15 | 12669 | VMF | Parker, AZ | 160/320 | $501 | $181 |
| 19 | 3/10/15 | 12713 | VMF | Yuma, AZ | 190/380 | $636 | $256 |
| 20 | 4/07/15 | 12742 | VMF | Yuma, AZ | 190/380 | $636 | $256 |
| 21 | 6/19/15 | 12848 | VMF | Flagstaff, AZ | 153/306 | $630 | $324 |

In violation of Title 18, United States Code, Section 287.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: September 27, 2016

JOHN S. LEONARDO
United States Attorney
District of Arizona

s/
CHARLES F. HYDER
Assistant United States Attorney