AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Arizona

2016 SEP 28 AM 11: 24

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dennis L. Montgomery | ) | Case No. CR-16-01199-PHX-ROS (DKD) |
| | ) | |
| *Defendant* | ) | |

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 13 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: United States District Court, Sandra Day O'Connor, U.S. Courthouse, 401 West Washington St., Phoenix, AZ 85003 | Courtroom No.: 303 |
|---|---|
| | Date and Time: 10/12/2016 10:00 am |

This offense is briefly described as follows:
18:287 - Ficticious or Fraudulent Claim

Date: 09/28/2016

*Erica Aragon*
Issuing officer's signature

Brian D. Karth, Clerk/DCE
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: 10/11/16

*[signature]*
Server's signature

Eric Tillman  DUSM
*Printed name and title*